# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ALEJANDRO VAZQUEZ<br>CARRANZA-GUMECIDO,<br><br>　　　　　　　　　Defendant. | CASE NO. 12CR2667-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

　　　8 USC 1326 (a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 11, 2013

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE